UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Lawrence Wilder, Sr., )
)
    Plaintiff, )
)
v. )    Civil Action No. **09 2446**
)
Hendersen Webb, Inc., et al., )
)
    Defendants. )

## MEMORANDUM OPINION

Before the Court is the plaintiff's *pro se* complaint and application to proceed *in forma pauperis.* The application will be granted and the complaint will be dismissed.

The plaintiff, a self-described "psychiatrically disabled 44-year-old African American male," Compl. at 1-2 (punctuation and spelling altered), purports to bring claims under several federal statutes and the common law, and demands $200,789,113.00 in damages. The seven - page complaint is rambling and incoherent. It makes mention of numerous public personalities, including John Gotti, Congressman Elijah Cummings, *see id.* at 3, "Baltimore City Mayor Sheila Dixon," *id.* at 4, and several Maryland state and federal judges, *id.* at 5. In addition to alleging that the plaintiff was falsely accused "for the purpose of violating my due process, disrespecting my Janet Reno DOJ pardon, suppressing evidence to prove my innocence, and stopping my intervention of the New Haven Firefighters Supreme Court case," the complaint alleges that "U.S. Court of Appeals for the 4th Circuit judge Williams stalked the plaintiff in Bedford, Pennsylvania at the Pennsylvania Turnpike tollbooth." *Id.* at 6.

A complaint such as this one that describes fantastic or delusional scenarios is subject to immediate dismissal. *See Neitzke v. Williams*, 490 U.S. 319, 328 (1989); *Best v. Kelly*, 39 F.3d

328, 330-31 (D.C. Cir. 1994). Moreover, a complaint may be dismissed as frivolous when it lacks "an arguable basis in law and fact." *Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984). Accordingly, this complaint will be dismissed.

A separate appropriate order accompanies this memorandum opinion.

Date: 12/21/09

United States District Judge